446 A.2d 699

Commonwealth v. Daniel, Appellant.

Submitted March 9, 1982. Charles A. Peruto, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.

446 A.2d 699

Commonwealth v. Dickerson, Appellant.

Submitted May 13, 1981. E. Anthony Toto, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.